

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00078-CV**

**IN RE HAMPTON ROADS LANDSCAPING & LAWN CARE, LLC**
**AND MARK RYAN TAYLOR**

_____

**Original Proceeding**

_____

**O R D E R**

_____

Relator's Petition for Writ of Mandamus was filed on February 27, 2019. The Court requests a response from the parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 35 days from the date of this order.

The Temporary Injunction signed on January 29, 2019 is stayed until lifted by further order of this Court.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Response requested
Injunction stayed
Order issued and filed February 28, 2019

